MATTHIEU MACENO, Appellant, v KETLY DUTREVIL et al., Respondents.

Submitted December 6, 2010; decided February 24, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of Supreme Court's order as pertains to the motion in that court for the imposition of sanctions, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the order sought to be appealed from do not finally determine the action within the meaning of the Constitution.

CHARMAINE MANGAROO, Appellant, v JAMES BECKMAN et al., Respondents.

Submitted December 13, 2010; decided February 24, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the judgment of Supreme Court denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the Appellate Division order sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of STEPHEN ROSENBLUM, Respondent, v NEW YORK CITY CONFLICTS OF INTEREST BOARD et al., Appellants.

Submitted January 18, 2011; decided February 24, 2011

Motion by the Association of the Bar of the City of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.